# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MARTIN VOGEL,

       Plaintiff,

  v.

FITRAT EDWARD COTTA, TRUSTEE OF THE COTTA FAMILY TRUST, AND NEJOOD COTTA, TRUSTEE OF THE COTTA FAMILY TRUST,

       Defendants.

Case No.: SACV 17-00482-CJC(JCBx)

**JUDGMENT**

The arguments having been presented and fully considered, and in accordance with the Court's April 9, 2018, Order granting summary judgment in favor of Defendants Fitrat Edward Cotta and Nejood Cotta on Plaintiff Martin Vogel's operative Complaint,

It is therefore now **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in this action as follows:

1. Plaintiff Martin Vogel shall recover nothing from Defendants Fitrat Edward Cotta and Nejood Cotta on Plaintiff Martin Vogel's operative Complaint, and his claims are dismissed on their merits and with prejudice;

2. Defendants Fitrat Edward Cotta and Nejood Cotta shall have judgment in their favor on Plaintiff Martin Vogel's operative Complaint; and

3. Defendants shall recover from Plaintiff Martin Vogel costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED: April 17, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE